[No. 17264–6–I.   Division One.   July 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL BRENTON MILLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00509–7, Rosselle Pekelis, J., entered

September 11, 1985. *Dismissed* by unpublished per curiam opinion.